2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-24599-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Donald J. Slomer, Sr.
511 Euclid Road
Butler PA 16001

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/29/2016.

Name and Address of Alleged Transferor(s):

Claim No. 3: Wilmington Savings Fund Society, FSB, c/o Rushmore Loan Management Services, P.O. Box 5504, Irvine, CA 92619-2708

Name and Address of Transferee:

BCAT2014-4TT
Wilmington Savings Fund Society, FSB
c/o Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/03/16

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                     Case No. 15-24599-GLT
Donald J. Slomer, Sr.                                                      Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: lkat    Page 1 of 1    Date Rcvd: Aug 01, 2016
                Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2016.
14211928    +Wilmington Savings Fund Society, FSB,   c/o Rushmore Loan Management Services,   P.O. Box 5504,
        Irvine, CA 92616-5504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2016 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
       agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Dai  Rosenblum    on behalf of Debtor Donald J. Slomer, Sr. dunmyrem@zoominternet.net,
       dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                  TOTAL: 4