Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Donald J. Slomer Sr.** | : | Case No. 15−24599−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 44 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **13th day of June, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Donald J. Slomer, Sr.
    Debtor

Case No. 15-24599-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dbas    Page 1 of 1    Date Rcvd: Jun 13, 2017
Form ID: 309    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2017.
```
db            +Donald J. Slomer, Sr.,   511 Euclid Road,   Butler, PA 16001-9712
14266617      +BCAT2014-4TT,   Wilmington Savings Fund Society, FSB,   c/o Shellpoint Mortgage Servicing,
                PO Box 10826,   Greenville, SC 29603-0826
14153539       Eric H. Holder, Jr.,   United States Attorney General,   U.S. Department of Justice,
                950 Pennsylvania Avenue, NW,   Washington, DC 20530-0001
14153541      +Laleana A. Slomer,   352 Arthur Dr.,   Volant, PA 16156-5604
14211928      +Wilmington Savings Fund Society, FSB,   c/o Rushmore Loan Management Services,   P.O. Box 5504,
                Irvine, CA 92616-5504
14153542      +Wilmington Savings Fund Society, FSB,   c/o Richard M. Squire & Assoc. LLC,
                115 West Ave., Suite 104,   Jenkintown, PA 19046-2031
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14153538      +E-mail/Text: electronicbkydocs@nelnet.net Jun 14 2017 01:11:22     Dept. of Education/Nelnet,
                121 S. 13th St.,   Lincoln, NE 68508-1904
14153540       EDI: IRS.COM Jun 14 2017 00:58:00      Internal Revenue Service,
                Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
14158889      +E-mail/Text: electronicbkydocs@nelnet.net Jun 14 2017 01:11:22     U.S. Department of Education C/O Nelnet,   121 South 13th St, Suite 201,
                Lincoln, NE 68508-1911
                                                                                               TOTAL: 3
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             WILMINGTON SAVINGS FUND SOCIETY, Et Al...
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2017 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Dai Rosenblum    on behalf of Debtor Donald J. Slomer, Sr. dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5
```