**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| DONALD J. SLOMER, SR. | Case No.:15-24599 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/18/2015 and confirmed on 03/09/2016 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 16,122.17 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 16,117.17 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,889.98 | |
|    Trustee Fee | 633.21 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,523.19 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| SHELLPOINT MORTGAGE SERVICING<br>   Acct: 7009 | 0.00 | 11,418.98 | 0.00 | 11,418.98 |
| SHELLPOINT MORTGAGE SERVICING<br>   Acct: 7099 | 24,324.13 | 1,175.00 | 0.00 | 1,175.00 |
| | | | | 12,593.98 |
| **Priority** | | | | |
| DAI ROSENBLUM ESQ<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DONALD J. SLOMER, SR.<br>   Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DONALD J. SLOMER, SR.<br>   Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
| DAI ROSENBLUM ESQ<br>   Acct: | 3,000.00 | 2,889.98 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*<br>   Acct: 9951 | 2,656.69 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| 15-24599 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    US DEPARTMENT OF EDUCATION - NELNE | 4,224.11 | 0.00 | 0.00 | 0.00 |
|      Acct: 9951 | | | | |
|    INTERNAL REVENUE SERVICE* | 482.05 | 0.00 | 0.00 | 0.00 |
|      Acct: 9951 | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 12,593.98 |
|---|---|---|

TOTAL CLAIMED
| PRIORITY | 2,656.69 |
|---|---|
| SECURED | 24,324.13 |
| UNSECURED | 4,706.16 |

Date: 07/24/2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com